IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TAINOAPP, INC.<br><br>      *Plaintiff*,<br><br>v.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM, LLC, and<br>NOOK MEDIA LLC.<br><br>      *Defendants*.<br><br>BARNES & NOBLE, INC.,<br>BARNESANDNOBLE.COM, LLC, and<br>NOOK MEDIA LLC.<br><br>      *Counterclaim Plaintiff*,<br><br>v.<br><br>TAINOAPP, INC.<br><br>      *Counterclaim Defendant*. | CIVIL ACTION NO. 14- 1212 (DRD)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION IN COMPLIANCE WITH COURT ORDER**

**TO THE HONORABLE COURT:**

    **NOW COME** plaintiff TainoApp, Inc. and defendants Barnes & Noble, Inc., barnesandnoble.com, LLC and NOOK Media, LLC (collectively, "B&N"), and respectfully submit this motion in compliance with the Court's order during the hearing held on October 8, 2014, that the Parties jointly file a witness list, which is to include the subject matter that each witness testify about. *See Dkt 56*.

A. <u>**TainoApp's Position**</u>:

TainoApp hereby informs that it will call on the following fact witness:

   a. Jorge Castro Planadeball. Mr. Castro is the owner of U.S. Patent 7,034,791 (the "'791 Patent") and will testify about his ownership of the '791 Patent, all matters related to the formation and creation of TainoApp, Inc., prior licensing agreements and/or related litigation if necessary. Mr. Castro is a resident of San Juan, Puerto Rico and his main place of business is in San Juan, Puerto Rico.

TainoApp has not made a determination as to the expert witnesses it will retain given that Barnes & Noble has yet to produce the technical and sales document requested by means of Interrogatories and Request for Production of Documents even though the date for such production is past due. Once Barnes & Noble comply with their discovery obligations, TainoApp will be in a position to determine the retainer of expert witnesses.

B. <u>**Barnes & Noble's Position**</u>

B&N obtains from third parties many of the hardware and software components of the accused NOOK e-readers relevant to the infringement issues in this case, including: the electrophoretic displays ("EPDs") used in all NOOK e-readers and developed by E-Ink Corporation; the display processors, both hardware and software, obtained from either Epson Corporation or Texas Instruments Corporation; and various software applications and integration work provided by Intrinsyc Corporation. B&N expects to rely upon third party corporate representatives from these companies for testimony related to the technology at issue that is accused in TainoApp's infringement contentions. As a result, B&N has identified certain third

party corporate representatives and their locations based upon B&N's current knowledge, determined through reasonable investigation and past experience, of the whereabouts of potential corporate witnesses on the identified subject matter.

B&N identifies the following fact witnesses it may call to testify in this matter:

| Witness | Location | Subject Matter |
| --- | --- | --- |
| Charles Neugebauer | Santa Clara, California | B&N Vice President of Research & Development, corporate representative and knowledgeable regarding the overall development of and accused technology of the NOOK devices identified in TainoApp's infringement contentions |
| Eric Goedrich | Santa Clara, California | B&N engineer, responsible for hardware for the early NOOK e-readers, knowledgeable about the E-Ink display to display processor interface, EPD power sequencing, and electrical specification interpretation, such as information about E-Ink display frame scanning and refreshing |
| Venkateswaran Ayalur | Santa Clara, California | B&N Director of Software, knowledgeable about inner working of Android (the operating system used on the NOOK e-readers), the software stack, and operation of NOOK applications, such as how popup dialogs, like the accused dictionary lookup feature, operate |
| Alison Vartabedian | New York, New York | B&N Director of NOOK marketing, who can testify about the marketing of the accused NOOK e-reader products |
| Corporate representative from E Ink Corporation and/or its corporate parent E Ink Holdings Inc. | Fremont, California, Cambridge, Massachusetts, or Taiwan | Development and operation of the EPDs used in the accused NOOK products, including technical details of how the displays are updated |

- 4 -

| Witness | Location | Subject Matter |
|---|---|---|
| Corporate representative from Epson Corp. | Vancouver, Canada (where B&N understands Epson display processors were designed) or Nagano, Japan | The operation of Epson display processors used in early accused NOOK e-readers and how they operate to update the EPDs on NOOK e-readers (which is the heart of the accused functionality in this case) |
| Corporate representative from Texas Instruments Corp. ("TI") | Richardson, TX or other unknown location | The Operation of TI display processors used in NOOK e-readers after the first two models, and how they operate to update the EPDs on those NOOK e-readers |
| Corporate representative from Intrinsyc Corp. | Vancouver, Canada | The software developed by Intrinsyc for NOOK e-readers, including E-Ink frame update software, and application software used to implement features such as the e-reading application for NOOKs |
| Gary Odom, inventor of the patent-in-suit | Portland, Oregon | The conception and reduction to practice of the patented invention, and other testimony potentially relevant to patent-related defenses |

B&N's factual investigation is still underway, and it reserves the right to modify this list as discovery commences.

**WHEREFORE**, the parties respectfully request that the Court take notice of the Parties compliance with the Court's Order from October 8, 2014.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 22nd day of October, 2014.

- 5 -

<div style="columns:2">

**FERRAIUOLI LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Tel.:  787.766.7000
Fax:  787.766.7001

By: */s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
Email: etorres@ferraiuoli.com

Cristina Arenas Solís
USDC-PR No.223511
carenas@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Email: jvidal@ferraiuoli.com

Attorneys For Plaintiff Tainoapp, Inc.

*/s/*Andrés W. López
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C**
P.O. Box 13909
San Juan, PR 00908
Phone: (787) 294-9508
Fax:    (787) 294-9519
Email: andres@awllaw.com


**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400 Telephone
Fax:  (212) 210-9444 Facsimile
William H. Baker (admitted *Pro Hac Vice*)
bill.baker@alston.com
Aoife Butler (admitted *Pro Hac Vice*)
aoife.butler@alston.com
Leah W. Feinman (admitted *Pro Hac Vice*)
Leah.feinman@alston.com

**ALSTON & BIRD LLP**
333 South Hope St., 16th Floor
Los Angeles, CA 90071-3004
Phone:  (213) 576-1000 Telephone
Fax:  (213) 576-1000 Facsimile
Rachel M. Capoccia (admitted *Pro Hac Vice*)
rachel.capoccia@alston.com

Attorneys for Defendants and Counter-Claim Plaintiffs Barnes & Noble, Inc., barnesandnoble.com, LLC, and NOOK Media LLC

</div>

## **CERTIFICATION**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing system and/or electronic mail on October 22, 2014.

<div style="text-align:right">

*/s/*Andrés W. López  
Andrés W. López

</div>